<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROXANNE PIERNICKI,<br><br>    Plaintiff,<br>v.<br><br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC and<br>BRUMBAUGH & QUANDAHL,<br>P.C.,L.L.O.,<br>    Defendants. | Case No. 8:12-cv-00316<br><br>DEFENDANT BRUMBAUGH &<br>QUANDAHL'S CORPORATE<br>DISCLOSURE STATEMENT |

## DISCLOSURE OF CORPORATE AFFILIATIONS, FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Brumbaugh & Quandahl, P.C., L.L.O, Defendant, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations

  If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

    If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

    If yes, identify the members of the entity and their states of citizenship:

<u>* None of the foregoing is applicable.</u>

Dated this 10th day of October, 2012.

                      BRUMBAUGH & QUANDAHL, P.C., L.L.O,
                      Defendant

              By: <u>s/ Cory J. Rooney</u>
                  Cory J. Rooney, #23113
                  BRUMBAUGH & QUANDAHL, P.C.
                  4885 S. 118th St., Suite 100
                  Omaha, NE  68137
                  402-554-4400
                  402-554-0339
                  <u>crooney@bqlaw.com</u>
                  ATTORNEYS FOR DEFENDANT

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October 2012, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

JD Haas
JD HAAS AND ASSOCIATES, PLLC
10564 France Avenue South
Bloomington, MN 55431
Attorney for Plaintiff

s/ Cory J. Rooney