IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROXANNE PIERNICKI, ) | Case No. 8:12-cv-00316 |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC and ) | |
| BRUMBAUGH & QUANDAHL, ) | |
| P.C.,L.L.O., ) | |
| Defendants. | |

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Portfolio Recovery Associates, L.L.C. makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities:

Portfolio Recovery Associates, L.L.C., a Delaware limited liability company, is a subsidiary of Portfolio Recovery Associates, Inc., a publicly traded company. No publicly held corporation owns 10% or more of Portfolio Recovery Associates, Inc. stock.

Dated this 12th day of February, 2013.

PORTFOLIO RECOVERY ASSOCIATES,
L.L.C, Defendant


By: s/ Cory J. Rooney_____
    Cory J. Rooney, #23113
    BRUMBAUGH & QUANDAHL, P.C., LLO
    4885 S. 118th St., Suite 100

        Omaha, NE  68137
        402-554-4400
        402-554-0339
        crooney@bqlaw.com
        ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 12th day of February 2013, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

JD Haas
JD HAAS AND ASSOCIATES, PLLC
10564 France Avenue South
Bloomington, MN  55431
Attorney for Plaintiff

        s/ Cory J. Rooney_____