# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROXANNE PIERNICKI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:12CV316 |
| | ) | |
| V. | ) | |
| | ) | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC, and BRUMBAUGH & QUANDAHL, P.C. LLC,** | ) ) ) ) ) | **ORDER** |
| **Defendants.** | ) | |

Plaintiff filed a motion to compel (filing 20) in this action, maintaining that Defendant Portfolio Recovery Associates, LLC ("Portfolio") has failed to respond to Plaintiff's Interrogatories and Requests for Production. In addition to requesting that the Court order Portfolio to respond to her discovery requests, Plaintiff asks that the discovery deadline be extended thirty days from the date that Portfolio provides its outstanding discovery responses.

Portfolio has responded to Plaintiff's motion (filing 21), providing multiple reasons for its failure to respond. In particular, Portfolio complains that an attorney unlicensed in Nebraska, who has not entered an appearance in this case, has been communicating with its counsel regarding the discovery requests. Portfolio claims that Plaintiff's counsel of record has not made efforts to contact its attorney regarding the outstanding discovery. Portfolio does not object to responding to the discovery, or extending the discovery deadline, it requests, however, that Plaintiff's counsel of record communicate directly with Portfolio's counsel regarding issues in this case.

Having considered the circumstances presented here,

**IT IS ORDERED:**

1. Plaintiff's Motion to Compel Discovery and Extend Time for Discovery (filing 20) is granted, in part. Portfolio shall respond to Plaintiff's Interrogatories and Requests for Production by or before July 31, 2013. Attorneys fees and costs will not be awarded and any objections asserted in Portfolio's discovery responses will not be deemed waived.

2. The discovery deadline in this case is extended to August 30, 2013.

3. Motions for summary judgment shall be filed no later than September 16, 2013.

4. All other deadlines in this case remain as presently set.

**DATED July 17, 2013.**

        **BY THE COURT:**

        **S/ F.A. Gossett**
        **United States Magistrate Judge**