IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROXANNIE PIERNICKI, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:12CV316 |
| | ) | |
| vs. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC and BRUMBAUGH & QUANDAHL, P.C., LLC, | ) ) ) ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Pursuant to the Notice of Settlement (#27) filed by JD Haas, counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **November 4, 2013,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The pretrial conference set for November 14, 2013, is cancelled upon the representation that this case is settled.

Dated: September 5, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge